IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| Paul RICHARDSON, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 5:09-CV-33 (MTT) |
| SHERIFF Van PEAVY, *et. al*, | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Recommendation to Grant (the "Recommendation") (Doc. 28) of United States Magistrate Judge Charles H. Weigle. The Magistrate Judge, having reviewed Defendant Deborah Futch's Motion for Summary Judgment (Doc. 22), recommends granting the motion on the Plaintiff's claims against Futch because there is no evidence that the Plaintiff's toothache was a serious medical need or that Futch acted with deliberate indifference. Defendant Sheriff Van Peavy also filed a Motion for Summary Judgment (Doc. 24). The Magistrate Judge recommends granting the motion on the claims against Peavy because a supervisor can only be held liable pursuant to 42 U.S.C. § 1983 if he personally participated in the constitutional violation and the Plaintiff failed to present evidence that Peavy personally participated in the alleged unconstitutional conduct. The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the Order of this Court. Both Motions for Summary Judgment (Docs. 22 & 24) are **GRANTED**.

**SO ORDERED**, this the 19th day of January, 2011.

                                                S/ Marc T. Treadwell
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT